LOUIS A. BASILE, *Pro Hac Vice* (SBN 047432)
LOUIS A. BASILE, A PROFESSIONAL CORPORATION
P.O. Box 5339, 210 Grove Street
Tahoe City, California 96145
530-583-7268 (telephone)
530-583-7209 (facsimile)
basilaw@aol.com

Attorney for Plaintiff, Christopher Handel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CLIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER HANDEL,<br><br>  Plaintiff,<br><br>vs.<br><br>STELLAR EVENT AND PRODUCTION RESOURCES, INC., a Delaware Corporation; AMERICAN EVENT PRODUCTIONS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: C07 02378 JF HRL<br><br>STIPULATION TO VACATE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT TO RESET HEARING DATE BY AGREEMENT OF THE PARTIES<br>[Local Rule 7-7(a)(1)]<br><br>Date: September 14, 2007<br>Time: 9:00 a.m. |

## STIPULATION

The above-referenced parties, by and through their undersigned attorneys, hereby stipulate to vacate the hearing date on defendant's Motion for Summary Judgment presently set for September 14, 2007 at 9:00 a.m. to be reset on December 7, 2007 at 9:00 a.m. with the consent of the court. The Case Management Conference currently scheduled for September 14, 2007 at 10:30 a.m. shall also be continued to December 7, 2007 at 9:00 a.m. This stipulation is based upon Local Rule 7-7(a)(1) and further upon Federal Rules of Civil Procedure Rule §56(c) to enable plaintiff to conduct discovery and enable him to properly respond and to oppose the Motion for Summary Judgment.

Louis A. Basile
A Professional Corp.
P.O. Box 5339
210 Grove Street
Tahoe City, CA 96145
Tele: 530-583-7268

STIPULATION TO VACATE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT TO RESET HEARING DATE BY AGREEMENT OF THE PARTIES – C07 02378 JF HRL - 1

| | |
|---|---|
| Dated: September 11th, 2007 | LOUIS A. BASILE,<br>A PROFESSIONAL CORPORATION<br><br>By: _____<br>LOUIS A. BASILE,<br>Attorney for Plaintiff |
| Dated: September 11th, 2007 | PETER T. FAGAN<br>LAW OFFICES OF PETER T. FAGAN<br><br>By: _____<br>PETER T. FAGAN |

## ORDER

Based upon the above-stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendant's Motion for Summary Judgment presently set for September 14, 2007 at 9:00 a.m. and the Case Management Conference presently set for September 14, 2007 at 10:30 a.m. be and the same are hereby continued to December 7, 2007 at 9:00 a.m.

Dated: September 18, 2007

_____
THE HONORABLE JEREMY FOGEL

H:\andel\DOUBLE EAGLE PROPERTIES\Stellar\Pleadings 2007 Action\STIPULATION TO RESET MSJ HEARING & CMC

Louis A. Basile
A Professional Corp.
P.O. Box 5339
210 Grove Street
Tahoe City, CA 96145
Tele. 530-583-7268

STIPULATION TO VACATE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT TO RESET
HEARING DATE BY AGREEMENT OF THE PARTIES -- C07 02378 JF HRL - 2